LEE ANAV CHUNG WHITE KIM
RUGER & RICHTER LLP
Bub-Joo S. Lee (State Bar No. 159002)
*bjslee@lacwkrr.com*
Amy S. Lee (State Bar No. 352274)
*amylee@lacwkrr.com*
The Biltmore Court Building
520 S. Grand Avenue, Suite 1070
Los Angeles, CA 90071
Tel. (213) 341-1602 | Fax. (213) 559-0829

Attorneys for Defendant
JP IMPORT, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

OLAES ENTERPRISES, INC., a California corporation,

Plaintiff,

vs.

JP IMPORT, LLC, a California limited liability company,

Defendants

Case No.: **3:26-CV-04253-JO-MSB**

[Assigned to the United States District Judge, the Hon. Jinsook Ohta ]

JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT

[S.D. Cal. CivLR Rules 7.2 and 12.1]

Complaint Filed:.....July 24, 2026
Current Response Date:.......August 25, 2026
Proposed New Response Date:.......September 24, 206

Courtroom: Courtroom 13B
United States Courthouse
333 West Broadway
San Diego, CA 92101

LEE ANAV CHUNG WHITE KIM
RUGER & RICHTER LLP
The Biltmore Court Building
520 S. Grand Ave. Suite 1070, Los Angeles, CA 90071
Phone: (213) 341-1602 | Fax: (213) 402-8635

LEE ANAV CHUNG WHITE KIM RUGER & RICHTER LLP
The Biltmore Court Building
520 S. Grand Ave. Suite 1070, Los Angeles, CA 90071
Phone: (213) 341-1602 | Fax: (213) 402-8635

**JOINT MOTION**

Pursuant to S.D. Cal. Civil Local Rules ("CivLR") 7.2 and 12.1, **Defendant JP IMPORT, LLC** ("Defendant", or "JPI") and **Plaintiff OLAES ENTERPRISES, INC.** ("Plaintiff" or "Olaes"), by and through their respective counsel of record, jointly move the court for a thirty (30) day extension of time for Defendant to file an answer to the Complaint, from the current deadline of August 25, 2026 to September 24, 2026.

The parties assert that "good cause" for the extension is shown the following facts.

(1) Defendant recently engaged counsel on this matter, is still in the process of conducting inquiry and gathering facts relating to the allegations in the Complaint, and requires additional time to respond to the said allegations and to prepare its answer. [*Declaration of Bub-Joo S. Lee* ("Lee Decl."), ¶2]

(1) Defendant further believes that the parties might be able to reach a speedy business resolution of the claims alleged in the Complaint by engaging in settlement discussions in the early stages of this litigation. Defendant anticipates the good faith exchange of documents and information during the extension time to facilitate settlement discussions, including non-privileged information regarding the purchases, sales and inventory of the alleged infringing blankets, if any. [Lee Decl. ¶3]

Dated: August 21, 2026

LEE ANAV CHUNG WHITE KIM
RUGER & RICHTER LLP

By: s/ *Bub-Joo S. Lee*
Bub-Joo S. Lee
Amy S. Lee
Attorneys for Defendant JP IMPORT, LLC

Dated: August 21, 2026

LAW OFFICES OF DARREN J. QUINN

By: s/ Darren J. Quinn
Darren J. Quinn
Attorneys for Plaintiff
OLAES ENTERPRISES, INC.

**FILER'S ATTESTATION**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2026

s/ Bub-Joo S. Lee
Bub-Joo S. Lee

LEE ANAV CHUNG WHITE KIM RUGER & RICHTER LLP
The Biltmore Court Building
520 S. Grand Ave. Suite 1070, Los Angeles, CA 90071
Phone: (213) 341-1602 | Fax: (213) 402-8635

LEE ANAV CHUNG WHITE KIM
RUGER & RICHTER LLP
The Biltmore Court Building
520 S. Grand Ave. Suite 1070, Los Angeles, CA 90071
Phone: (213) 341-1602 | Fax: (213) 402-8635

## DECLARATION OF BUB- JOO LEE

I, BUB-JO LEE, declare:

1. I am an attorney for defendant JP IMPORT, LLC. I make this declaration pursuant to Chamber Rule V for a thirty (30) day extension for Defendant to File an Answer to the Complaint, from the current deadline of August 25, 2026 to September 24, 2026.

2. My firm was recently engaged as counsel for the Defendant on this matter. Defendant and its counsel are still in the process of conducting inquiry and gathering facts relating to the allegations in the Complaint, and require additional time to respond to the said allegations and to prepare Defendant's answer.

3. Based on my current understanding, Defendant believes that the parties might be able to reach a speedy business resolution of the claims alleged in the Complaint by engaging in settlement discussions in the early stages of this litigation. I anticipate the good faith exchange of documents and information during the extension time to facilitate settlement discussions, including non-privileged information regarding the purchases, sales and inventory of the alleged infringing blankets, if any.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of August, 2026 at Los Angeles, California.

By: s/ Bub-Joo S. Lee
Bub-Joo S. Lee

LEE ANAV CHUNG WHITE KIM RUGER & RICHTER LLP
The Biltmore Court Building
520 S. Grand Ave. Suite 1070, Los Angeles, CA 90071
Phone: (213) 341-1602 | Fax: (213) 402-8635

# CERTIFICATE / PROOF OF SERVICE

I am over the age of 18 and am not a party to this action or cause. I am a resident of or employed in the County of Los Angeles. My residence or business address is ( X ) 520 S. Grand Ave. Suite 1070, Suite 1070, Los Angeles, CA 90071, or ( ) ______________________.

On **August 21, 2026** , I served a copy of the following documents:

**SEE ATTACHMENT "1"**

( ) and additional documents listed in the attachment hereto,

by enclosing them in an envelope and

( ) [U.S. MAIL] depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date and at the city and state shown below, or

( ) placing the sealed envelope for collection and mailing on the date and at the place shown below, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid, or

( ) [REGISTERED MAIL] depositing the sealed envelope with the United States Postal Service, for delivery via registered mail, with the postage fully prepaid on the date and at the city and state shown below; or

( ) [EXPRESS MAIL] depositing the sealed envelope in a post office, mailbox, subpost, office, substation, mail chute or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail, together with an unsigned copy of this declaration, with Express Mail postage fully prepaid, or

( ) [EXPRESS SERVICE CARRIER] depositing the sealed envelope in a box, substation, or other facility regularly maintained by () FEDERAL EXPRESS, ( ) UPS, ( ) DHL, an express service carrier, or delivering to a courier or driver authorized by said express service carrier to receive documents; or

( X ) [ELECTRONIC MAIL] transmitting and electronically serving the aforementioned documents to the persons at e-mail address(es) listed below, on and at the date(s) and time(s) shown below. from the following e-mail address: mikaellaahn@lacwkrr.com ; or__________;

( ) [PERSONAL SERVICE] causing such envelope to be delivered by hand to the addresses set forth below.

The foregoing envelope was addressed and mailed to the address(es) below, or delivered by hand at the address(es) below if personally served, or the documents were transmitted via facsimile machine to:

**SEE ATTACHMENT "2"**

( X ) and to additional parties and/or counsel listed in the attached supplemental mailing list.

( X ) Federal I declare under penalty of perjury under the laws of the United States that the above is true and correct.

( ) State I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 21, 2026** , in the City of Los Angeles, State of California.

MIKAELLA AHN
NAME (PRINT)

s/ Mikaella Ahn

LEE ANAV CHUNG WHITE KIM
RUGER & RICHTER LLP
The Biltmore Court Building
520 S. Grand Ave. Suite 1070, Los Angeles, CA 90071
Phone: (213) 341-1602 | Fax: (213) 402-8635

**ATTACHMENT "1"**
**TO PROOF OF SERVICE**

[STIPULATED] JOINT MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT;

**ATTACHMENT "2"**
**TO PROOF OF SERVICE**

LAW OFFICES OF DARREN J. QUINN
Darren J. Quinn, Esq.
12702 Via Cortina, Suite 105
Del Mar, CA 92014

Email: dq@dqlaw.com

Attorneys for Plaintiff Olaes Enterprises, Inc.