LEE ANAV CHUNG WHITE KIM
RUGER & RICHTER LLP
Bub-Joo S. Lee (State Bar No. 159002)
*bjslee@lacwkrr.com*
Amy S. Lee (State Bar No. 352274)
*amylee@lacwkrr.com*
The Biltmore Court Building
520 S. Grand Avenue, Suite 1070
Los Angeles, CA 90071
Tel. (213) 341-1602 | Fax. (213) 559-0829
Attorneys for Defendant
JP IMPORT, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

OLAES ENTERPRISES, INC., a California corporation,

Plaintiff,

vs.

JP IMPORT, LLC, a California limited liability company,

Defendants

Case No.: **3:26-CV-04253-JO-MSB**

[ Assigned to U.S. District Court Judge, The Hon. Jinsook Ohta ]

NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT JP IMPORT, LLC

Complaint Filed: July 24, 2026

Courtroom: Courtroom 13B
United States Courthouse
333 West Broadway
San Diego, CA 92101

LEE ANAV CHUNG WHITE KIM
RUGER & RICHTER LLP
The Biltmore Court Building
520 S. Grand Ave. Suite 1070, Los Angeles, CA 90071
Phone: (213) 341-1602 | Fax: (213) 402-8635

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following attorneys, who are admitted to practice before this court, hereby appear as counsel of record for **Defendant JP IMPORT, LLC** ("Defendant", or "JPI"):

Bub-Joo S. Lee
Lee Anav Chung White Kim Ruger & Richter LLP
520 S. Grand Avenue, Suite 1070
Los Angeles, CA 90071
Phone: (213) 785-1321
Facsimile: (213) 559-0829
Email: bjslee@lacwkrr.com

Amy S. Lee
Lee Anav Chung White Kim Ruger & Richter LLP
520 S. Grand Avenue, Suite 1070
Los Angeles, CA 90071
Phone: (213) 785-1321
Email: amylee@lacwkrr.com

Dated: September 24, 2026

LEE ANAV CHUNG WHITE KIM RUGER & RICHTER LLP

By: s/ Bub-Joo S. Lee
Bub-Joo S. Lee
Amy S. Lee
Attorneys for Defendant
JP IMPORT, LLC

20260922 JPI Notice of Appearance v 1.00.docx

LEE ANAV CHUNG WHITE KIM RUGER & RICHTER LLP
The Biltmore Court Building
520 S. Grand Ave. Suite 1070, Los Angeles, CA 90071
Phone: (213) 341-1602 | Fax: (213) 402-8635

LEE ANAV CHUNG WHITE KIM
RUGER & RICHTER LLP
The Biltmore Court Building
520 S. Grand Ave. Suite 1070, Los Angeles, CA 90071
Phone: (213) 341-1602 | Fax: (213) 402-8635

## CERTIFICATE / PROOF OF SERVICE

I am over the age of 18 and am not a party to this action or cause. I am a resident of or employed in the County of Los Angeles. My residence or business address is ( X ) 520 S. Grand Ave. Suite 1070, Suite 1070, Los Angeles, CA 90071, or ( ) ________.

On **September 24, 2026**, I served a copy of the following documents:

**SEE ATTACHMENT "1"**

( ) and additional documents listed in the attachment hereto,

by enclosing them in an envelope and

( ) [U.S. MAIL] depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date and at the city and state shown below, or

( ) placing the sealed envelope for collection and mailing on the date and at the place shown below, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid, or

( ) [REGISTERED MAIL] depositing the sealed envelope with the United States Postal Service, for delivery via registered mail, with the postage fully prepaid on the date and at the city and state shown below; or

( ) [EXPRESS MAIL] depositing the sealed envelope in a post office, mailbox, subpost, office, substation, mail chute or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail, together with an unsigned copy of this declaration, with Express Mail postage fully prepaid, or

( ) [EXPRESS SERVICE CARRIER] depositing the sealed envelope in a box, substation, or other facility regularly maintained by () FEDERAL EXPRESS, ( ) UPS, ( ) DHL, an express service carrier, or delivering to a courier or driver authorized by said express service carrier to receive documents; or

( X ) [ELECTRONIC MAIL] transmitting and electronically serving the aforementioned documents to the persons at e-mail address(es) listed below, on and at the date(s) and time(s) shown below. from the following e-mail address: mikaellaahn@lacwkrr.com; or ________;

( ) [PERSONAL SERVICE] causing such envelope to be delivered by hand to the addresses set forth below.

The foregoing envelope was addressed and mailed to the address(es) below, or delivered by hand at the address(es) below if personally served, or the documents were transmitted via facsimile machine to:

**SEE ATTACHMENT "2"**

( X ) and to additional parties and/or counsel listed in the attached supplemental mailing list.

( X ) Federal I declare under penalty of perjury under the laws of the United States that the above is true and correct.

( ) State I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **September 24, 2026**, in the City of Los Angeles, State of California.

MIKAELLA AHN s/ Mikaella Ahn

NAME (PRINT)

LEE ANAV CHUNG WHITE KIM
RUGER & RICHTER LLP
The Biltmore Court Building
520 S. Grand Ave. Suite 1070, Los Angeles, CA 90071
Phone: (213) 341-1602 | Fax: (213) 402-8635

**ATTACHMENT "1"**
**TO PROOF OF SERVICE**

NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANT JP IMPORT, LLC

**ATTACHMENT "2"**
**TO PROOF OF SERVICE**

LAW OFFICES OF DARREN J. QUINN
Darren J. Quinn, Esq.
12702 Via Cortina, Suite 105
Del Mar, CA 92014

Email: dq@dqlaw.com

Attorneys for Plaintiff Olaes Enterprises, Inc.